---------------------------------------------------------X
UNITED STATES OF AMERICA,

              Plaintiff,

     – against –

BADAL GILL
             Defendant.
---------------------------------------------------------X

ORDER OF REFERRAL

05 CR 944 (FB)

The defendant, __ABOVE__, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __GO__ to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: Brooklyn, New York
       4/20/2006

                                  FREDERIC BLOCK
                                  United States District Judge

CONSENTED TO:

__Badal Gill__
Defendant (signature)

__[signature]__
Attorney for Defendant (signature)